1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

DISTRICT OF NEVADA

12

HOFBRÄUHAUS OF AMERICA, LLC, a
Nevada limited liability company,

13

14

Plaintiff,

v.

15

16

OAK TREE MANAGEMENT SERVICES,
INC., a Missouri corporation, WILLIAM
GUY CROUCH, as Successor in Interest or
Receiver for Oak Tree Management
Services, Inc.,

17

18

19

Defendants.

Case No. 2:22-cv-00421-ART-DJA

**ORDER APPROVING
STIPULATION FOR EXTENSION OF
TIME FOR PLAINTIFF
HOFBRÄUHAUS OF AMERICA, LLC
TO FILE ITS REPLY IN SUPPORT
OF PLAINFF'S MOTION FOR
PRELIMINARY INJUNCTION**

**(FIRST REQUEST)**

20

21        Plaintiff Hofbräuhaus of America, LLC ("Hofbräuhaus"), and Defendant William

22  Guy Crouch, as Court-Appointed Receiver (the "Receiver") for Oak Tree Management

23  Services, Inc. ("Oak Tree"), by and through undersigned counsel, hereby stipulate and agree

24  to a seven (7) day extension of time of the original deadline of May 3, 2022 for Hofbräuhaus

25  to file its reply in support ("Reply") of Hofbräuhaus's Motion for Preliminary Injunction

26  [ECF No. 18, filed on April 5, 2022] ("Motion"), through and including the new deadline of

27  May 10, 2022.

28  / / /

In support of this Stipulation, the Parties respectfully state as follows:

1.      This is Hofbräuhaus's first stipulation for extension of time to file any pleading in this case.

2.      The Parties have agreed to a seven (7) day extension of time of the original deadline of May 3, 2022, for Hofbräuhaus to file its reply in support of the Motion, through and including the new deadline of May 10, 2022.

3.      The reason for this Stipulation is that Hofbräuhaus requires additional time to appropriately respond to the numerous factual and legal issues set forth in the Receiver's April 26, 2022 filings, which included a 45-page response to the Motion [ECF No. 26], a 27-page reply in support of the Receiver's Motion to Dismiss, Stay, or Transfer Amended Complaint [ECF No. 27], and a 198-page Second Appendix of Exhibits [ECF No. 28].

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



1    WHEREFORE, IT IS HEREBY STIPULATED by and between the Parties that

2   Hofbräuhaus shall have a seven (7) day extension of time to file its Reply in support of the

3   Motion, through and including May 10, 2022.

4   Dated this 3rd day of May 2022.                  Dated this 3rd day of May 2022.

5   HONE LAW                                         SEMENZA KIRCHER RICKARD

6

7   /s/Eric D. Hone                                  /s/ Jarrod L Ricard
    Eric D. Hone, NV Bar No. 8499                    Jarrod L. Rickard, Esq., NV Bar No. 10203
    Jamie L. Zimmerman, NV Bar No. 11749             10161 Park Run Dr., Ste. 150
8   Leslie A. S. Godfrey, NV Bar No. 10229           Las Vegas, Nevada 89145
    Kathryn C. Newman, NV Bar No. 13733
9   701 N. Green Valley Parkway, Suite 200           Michael A. Campbell (*Pro Hac Vice*)
    Henderson NV 89074                               Llynn K. White (*Pro Hac Vice*)
10                                                    Nick A. Griebel (*Pro Hac Vice*)
    *Attorneys for Plaintiff*                          POLSINELLI PC
11  *Hofbräuhaus of America, LLC*                      100 S. Fourth Street, Suite 1000
                                                      St. Louis, Missouri 63102
12
                                                      *Attorneys for Defendants*
13                                                    *William Guy Crouch, as Receiver for*
                                                      *Oak Tree Management Services, Inc.*
14

15

16                                                   IT IS SO ORDERED.

17

18                                                   _____

19                                                   ANNE R. TRAUM
                                                     UNITED STATES DISTRICT JUDGE
20

21                                                   Dated: May 5, 2022

22

23

24

25

26

27

28



3