UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOFBRÄUHAUS OF AMERICA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>OAK TREE MANAGEMENT SERVICES, INC., a Missouri corporation, WILLIAM GUY CROUCH, as Successor in Interest or Receiver for Oak Tree Management Services, Inc.,<br><br>Defendants. | Case No. 2:22-cv-00421-JAD-DJA<br><br>**ORDER APPROVING SECOND STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF HOFBRÄUHAUS OF AMERICA, LLC TO FILE ITS REPLY IN SUPPORT OF PLAINIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(SECOND REQUEST)** |

Plaintiff Hofbräuhaus of America, LLC ("Hofbräuhaus"), and Defendant William Guy Crouch, as Court-Appointed Receiver (the "Receiver") for Oak Tree Management Services, Inc. ("Oak Tree"), by and through undersigned counsel, hereby stipulate and agree to an additional three (3) day extension of time from the previously extended filing deadline of May 10, 2022, for Hofbräuhaus to file its reply in support ("Reply") of Hofbräuhaus's Motion for Preliminary Injunction [ECF No. 18, filed on April 5, 2022] ("Motion"), through

/ / /

1

and including the new deadline of May 13, 2022.

In support of this Stipulation, the Parties respectfully state as follows:

1. This is Hofbräuhaus's second stipulation for extension of time to file any pleading in this case, with both requests for extension being for this Reply.

2. The Parties had previously agreed to a seven (7) day extension of time of the original deadline of May 3, 2022, for Hofbräuhaus to file its reply in support of the Motion, through and including the new deadline of May 10, 2022. The purpose of that extension was to allow Hofbräuhaus adequate time to respond to the numerous factual and legal issues set forth in the Receiver's April 26, 2022 filings, which included a 45-page response to the Motion [ECF No. 26] ("Receiver's Response"), a 27-page reply in support of the Receiver's Motion to Dismiss, Stay, or Transfer Amended Complaint [ECF No. 27], and a 198-page Second Appendix of Exhibits [ECF No. 28] ("Receiver's Appendix of Exhibits").

3. Hofbräuhaus requires this additional three (3) day extension because Hofbräuhaus requires a witness declaration from witnesses with Hofbräu München to support facts necessary to rebut the Receiver's Response and Receiver's Appendix of Exhibits. However, Hofbräu München is a government-owned brewery and, due to regulations governing the brewery, the witness necessary to sign the declaration must first obtain approval of the Hofbräu governing board before being permitted to submit testimony to a court in the United States. Hofbräuhaus America anticipates this process will take through Friday, May 13, 2022, to obtain the necessary authority.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WHEREFORE, IT IS HEREBY STIPULATED by and between the Parties that Hofbräuhaus shall have an additional three (3) day extension of time to file its Reply in support of the Motion, through and including May 13, 2022.

| Dated this 10th day of May 2022. | Dated this 10th day of May 2022. |
|---|---|
| HONE LAW | SEMENZA KIRCHER RICKARD |
| /s/Eric D. Hone | /s/ Jarrod L Ricard |
| Eric D. Hone, NV Bar No. 8499<br>Jamie L. Zimmerman, NV Bar No. 11749<br>Leslie A. S. Godfrey, NV Bar No. 10229<br>Kathryn C. Newman, NV Bar No. 13733<br>701 N. Green Valley Parkway, Suite 200<br>Henderson NV 89074<br><br>*Attorneys for Plaintiff*<br>*Hofbräuhaus of America, LLC* | Jarrod L. Rickard, Esq., NV Bar No. 10203<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, Nevada 89145<br><br>Michael A. Campbell (*Pro Hac Vice*)<br>Llynn K. White (*Pro Hac Vice*)<br>Nick A. Griebel (*Pro Hac Vice*)<br>POLSINELLI PC<br>100 S. Fourth Street, Suite 1000<br>St. Louis, Missouri 63102<br><br>*Attorneys for Defendants*<br>*William Guy Crouch, as Receiver for*<br>*Oak Tree Management Services, Inc.* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: May 11, 2022



3