**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jamie L. Zimmerman, NV Bar No. 11749
jzimmerman@hone.law
Leslie A. S. Godfrey, NV Bar No. 10229
lgodfrey@hone.law
Kathryn C. Newman, NV Bar No. 13733
knewman@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074
Phone    702-608-3720
Fax        702-608-7814

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOFBRÄUHAUS OF AMERICA, LLC, a Nevada limited liability company,<br><br>                              Plaintiff,<br><br>v.<br><br>OAK TREE MANAGEMENT SERVICES, INC., a Missouri corporation, WILLIAM GUY CROUCH, as Successor in Interest or Receiver for Oak Tree Management Services, Inc.,<br><br>                              Defendants. | Case No. 2:22-cv-00421-JAD-DJA<br><br>~~[PROPOSED]~~ **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff Hofbräuhaus of America, LLC ("Hofbräuhaus"), and Defendant William Guy Crouch, as Court-Appointed Receiver (the "Receiver") for Oak Tree Management Services, Inc. ("Oak Tree," and collectively with Hofbräuhaus and the Receiver, the "Parties"), by and through undersigned counsel, hereby stipulate and agree to a seven (7) day extension of time of the original deadline of May 13, 2022 [ECF No. 10] for the Parties to file a Stipulated Discovery Plan and Scheduling Order ("DPSO"), through and including the new deadline of May 20, 2022.

/ / /

/ / /

In support of this Stipulation, the Parties respectfully state as follows:

1.      The Parties have been engaged in extensive motion practice related to Hofbräuhaus's Emergency Motion for Preliminary Injunction [ECF No. 18] and the Receiver's Motion to Dismiss, Stay, or Transfer Amended Complaint [ECF No. 27]. The briefing with respect to said motions has addressed numerous factual and legal issues, and has required considerable time and effort to prepare. The last reply brief is due on May 13, 2022 [ECF No. 34.]

2.      In light of the foregoing, the Parties have not yet held a Rule 26(f) conference.

3.      Due to scheduling conflicts, including counsel for the Receiver's law firm, counsel for the Parties are not available to hold a Rule 26(f) conference before the current deadline to file the DPSO of May 13, 2022.

4.      The Parties have agreed to a seven (7) day extension of time of the original deadline of May 13, 2022, to hold a Rule 26(f) conference and file the DPSO, through and including the new deadline of May 20, 2022. The Parties respectfully request that the Court grant this brief extension request.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WHEREFORE, IT IS HEREBY STIPULATED by and between the Parties that they shall have a seven (7) day extension of time to hold a Rule 26(f) conference and file the DPSO, through and including May 20, 2022.

Dated this 11th day of May 2022.

HONE LAW

/s/Eric D. Hone
Eric D. Hone, NV Bar No. 8499
Jamie L. Zimmerman, NV Bar No. 11749
Leslie A. S. Godfrey, NV Bar No. 10229
Kathryn C. Newman, NV Bar No. 13733
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074

*Attorneys for Plaintiff*
*Hofbräuhaus of America, LLC*

Dated this 11th day of May 2022.

SEMENZA KIRCHER RICKARD

/s/ Jarrod L Ricard
Jarrod L. Rickard, Esq., NV Bar No. 10203
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145

Michael A. Campbell (*Pro Hac Vice*)
Llynn K. White (*Pro Hac Vice*)
Nick A. Griebel (*Pro Hac Vice*)
POLSINELLI PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102

*Attorneys for Defendants*
*William Guy Crouch, as Receiver for*
*Oak Tree Management Services, Inc.*

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 12, 2022

