**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jamie L. Zimmerman, NV Bar No. 11749
jzimmerman@hone.law
Leslie A. S. Godfrey, NV Bar No. 10229
lgodrey@hone.law
Kathryn C. Newman, NV Bar No. 13733
knewman@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074
Phone   702-608-3720
Fax     702-703-1063

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOFBRÄUHAUS OF AMERICA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>OAK TREE MANAGEMENT SERVICES, INC., a Missouri corporation, WILLIAM GUY CROUCH, as Receiver for Oak Tree Management Services, Inc.,<br><br>Defendants. | Case No. 2-22-cv-00421-ART-DJA<br><br>**PLAINTIFF HOFBRÄUHAUS OF AMERICA, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF LOCAL RULE PAGE LIMITATIONS FOR REPLY IN SUPPORT OF EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Local Rule 7-3(c), Plaintiff Hofbräuhaus of America, LLC ("Hofbräuhaus America"), by and through undersigned counsel, hereby respectfully requests leave to file the following brief in excess of the page limitations contained in Local Rule 7-3(b): Hofbräuhaus America's reply in support (the "Reply") of Its Emergency Motion for Preliminary Injunction [ECF No. 18] ("Motion for Injunction").

In support of this Motion for Leave, Hofbräuhaus America respectfully states as follows:

1. This is Hofbräuhaus America's first request for leave to file any pleading in excess of the page limitations contained in Local Rule 7-3(b).

///

1

2.  Hofbräuhaus America respectfully requests leave to file its Reply brief to be no longer than twenty-six (26) pages, exclusive of exhibits.

3.  As set forth in the Eric D. Hone ("Hone Decl.") declaration attached hereto as **Exhibit 1**, good cause exists for an extension of these additional pages due to the complexity of the issues, both legal and factual, required to appropriately respond to Defendant William Guy Crouch, as Court-Appointed Receiver ("Receiver") for Oak Tree Management Services, Inc. ("Oak Tree") Response and Opposition [ECF No. 26] ("Response") to Hofbräuhaus America's Motion for Injunction, which consisted of a 45-page brief that referenced declarations and documents in two appendices of exhibits: First Appendix totaling 227 pages [ECF No. 11] and Second Appendix totaling 198 pages [ECF No. 28].

4.  The undersigned counsel has conferred with counsel for the Receiver regarding the relief requested in this Motion for Leave and counsel for the Receiver has informed the undersigned counsel that they have no objection to the relief requested herein.

5.  As required, Hofbräuhaus America will include a table of contents and a table of authorities if the Court permits it to file a longer Reply brief. Therefore, Hofbräuhaus America respectfully requests that the Court grant this Motion for Leave.

Dated this 13th day of May 2022.

HONE LAW

Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jamie L. Zimmerman, NV Bar No. 11749
jzimmerman@hone.law
Leslie A. S. Godfrey, NV Bar No. 10229
lgodrey@hone.law
Kathryn C. Newman, NV Bar No. 13733
knewman@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074

*Attorneys for Plaintiff*

**IT IS SO ORDERED**.

DATED: May 18, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

The undersigned, an employee of Hone Law, hereby certifies that on the 13th day of May 2022, she electronically filed and served the foregoing with the Clerk of Court for the United States District Court for the District of Nevada using the CM/ECF system:

_____
Candice Ali, an employee of HONE LAW

# EXHIBIT 1

Declaration of Eric D. Hone

**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jamie L. Zimmerman, NV Bar No. 11749
jzimmerman@hone.law
Leslie A. S. Godfrey, NV Bar No. 10229
lgodfrey@hone.law
Kathryn C. Newman, NV Bar No. 13733
knewman@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074
Phone   702-608-3720
Fax      702-703-1063

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOFBRÄUHAUS OF AMERICA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>OAK TREE MANAGEMENT SERVICES, INC., a Missouri corporation, WILLIAM GUY CROUCH, as Receiver for Oak Tree Management Services, Inc.,<br><br>Defendants. | Case No. 2-22-cv-00421<br><br>**DECLARATION OF ERIC D. HONE IN SUPPORT OF PLAINTIFF HOFBRÄUHAUS OF AMERICA, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF LOCAL RULE PAGE LIMITATIONS FOR REPLY IN SUPPORT OF EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

I, Eric D. Hone, hereby declare:

1. I am an attorney of record for Plaintiff Hofbräuhaus of America, LLC ("Hofbräuhaus America") in the above-captioned matter. I am licensed to practice in the State of Nevada and I have personal knowledge of all facts addressed herein.

2. I make this declaration in support of Hofbräuhaus America's Unopposed Motion for Leave to File Brief in Excess of Local Rule Page Limitations for Reply in Support of Emergency Motion for Preliminary Injunction.

3. On April 26, 2022, Defendant William Guy Crouch, as Court-Appointed Receiver ("Receiver") for Oak Tree Management Services, Inc. ("Oak Tree") filed a Response and



1

Opposition [ECF No. 26] ("Response") to Hofbräuhaus America's Emergency Motion for Injunction [ECF No. 18] ("Motion"), which Response consisted of a 45-page brief that referenced declarations and documents in two appendices of exhibits: First Appendix totaling 227 pages [ECF No. 11] and Second Appendix totaling 198 pages [ECF No. 28]. Contemporaneously with filing the Response, the Receiver filed an Unopposed Motion for Leave to File Briefs in Excess of Local Rules for Page Limitations [ECF No. 29].

4. Pursuant to Local Rule 7-3(b), Hofbräuhaus America's Reply is currently limited to twelve (12) pages, exclusive of exhibits.

5. Hofbräuhaus America respectfully requests leave to file a Reply brief that is no longer than twenty-six (26) pages, exclusive of exhibits.

6. Good cause exists to exceed the page limitations for the following reasons:

   a. The Response presents numerous factual allegations that Hofbräuhaus America is required to address in the Reply to correct misstatements. For example, the Receiver alleges in the Response that a "Milwaukee Hofbräuhaus" exists that is not required to pay royalties to Hofbräuhaus America or operate in accordance with Hofbräuhaus America's standards for franchisees under terms and conditions of a Franchise Agreement. Another example, the Receiver challenges the validity of Oak Tree's default for failure to pay royalties including Hofbräuhaus America's draw upon a letter of credit. These assertions and several others are inaccurate, thus requiring Hofbräuhaus America to present additional facts and evidence in the Reply to correct the record.

   b. The Response consists of twenty-two (22) pages of legal argument and asserts numerous legal theories. In the interest of efficiency and respect for the Court's time and attention, Hofbräuhaus America's Reply refers to and incorporates by reference its responses to the Receiver's reasserted legal arguments that was previously addressed briefing on file herein. That said, the new arguments and authorities asserted in the Response require sufficient response.



      c.    The complex factual and legal issues to be addressed in the Reply cannot be appropriately accomplished within the 12-page limit under LR 7-3(b).

7. I have conferred with counsel for the Receiver in good faith to determine whether or not they oppose the relief requested in the Motion for Leave, and counsel for the Receiver has informed me that they have no objection to the relief requested.

8. This motion is not brought for any improper purpose or to delay the proceedings. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Henderson, Nevada on this 13th day of May 2022.

_____
ERIC D. HONE