UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOFBRÄUHAUS OF AMERICA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>OAK TREE MANAGEMENT SERVICES, INC., a Missouri corporation, WILLIAM GUY CROUCH, as Successor in Interest or Receiver for Oak Tree Management Services, Inc.,<br><br>Defendants. | Case No. 2:22-cv-00421-JAD-DJA<br><br>**ORDER GRANTING JOINT REQUEST TO EXTEND STAY OF ACTION** |

    This matter having come on before the Court on Plaintiff Hofbräuhaus of America, LLC ("Hofbräuhaus America"), and Defendant William Guy Crouch, as Court-Appointed Receiver (the "Receiver") for Oak Tree Management Services, Inc. ("Oak Tree")'s Joint Status Report Regarding Stay of Action and Request to Extend Stay (the "Status Report"); the Court having considered the Status Report, including the parties' request to extend the stay of this action granted by way of the Court's Order Approving Joint Motion to Stay Action to Explore Settlement Resolution entered herein on July 5, 2022 (ECF No. 49) for an additional eight (8) weeks, to and including October 21, 2022, and good cause appearing,

1

IT IS HEREBY ORDERED that the parties' request to extend the stay of this action is GRANTED. This action, including all pending motions and all deadlines in the Stipulated Discovery Plan and Scheduling Order, shall remain stayed for an additional eight (8) weeks, to and including October 21, 2022, while the parties continue to explore settlement options.

IT IS FURTHER ORDERED that on or before October 21, 2022, the parties shall update the Court by filing: (i) a notice of settlement or filing of a stipulation and order for dismissal; (ii) a status report regarding the stay, which may include a request for additional time to continue the stay to further settlement discussions; or (iii) a request to resume pending matters in this action.

IT IS SO ORDERED:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated: August 30, 2022